# Court of Appeals
# of the State of Georgia

ATLANTA,  September 15, 2025

*The Court of Appeals hereby passes the following order:*

**A26D0050. IN THE INTEREST OF E. D. B. et al., CHILDREN (FATHER)**

On July 15, 2025, the juvenile court entered an order terminating the father's parental rights to his children, E. D. B., L. M. B., and S. M. B. To appeal this order, the father was required to file an application for discretionary appeal within thirty days of its entry — i.e., by August 14, 2025. See OCGA § 5-6-35 (d). On August 18, 2025, the father filed both this application for discretionary review and an emergency motion for an out-of-time filing of the application. Construing the emergency motion as a request for an extension of time, we denied the same as untimely. *In the Interest of E. D. B., et al., Children (Father)*, Case No. A26E0026 (August 18, 2025).  In doing so, we explained that under this Court's rules, "[n]o extensions of time will be granted to file a discretionary application unless a motion for extension is filed on or before the application due date." Court of Appeals Rule 31 (h). See also OCGA § 5-6-39 (d) (a request for an extension of time "must be made before expiration of the period for filing as originally prescribed").

The statutory deadline for filing an application for appellate review is jurisdictional, and this Court cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). See *In the Interest of B. R. F.*, 299 Ga. 294, 298 (788 SE2d 416) (2016) (holding that an appellate court lacks jurisdiction over an untimely application for discretionary appeal); *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012) ("A failure to meet the statutory deadline for filing a discretionary application . . . is a jurisdictional defect.").  Here, in his motion for an out-of-time filing, the father admits that he filed his application 34 days following

entry of the termination order. Given that the application is untimely, we are without jurisdiction to consider it and the application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 09/15/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*